UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
BERKS COUNTY EMPLOYEES' :
RETIREMENT FUND, on behalf of itself and other :
similarly situated shareholders of First American :
Corporation, :
: 08 CV 05654 (LAK)
        Plaintiff, :
:
v. :
:
FIRST AMERICAN CORPORATION, PARKER :
S. KENNEDY, FRANK V. MCMAHON, :
:
        Defendants. :
———————————————————— x

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Robert F. Serio, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendants First American Corporation, Parker S. Kennedy, and Frank V. McMahon in the above-captioned matter.

Dated: New York, New York
       July 21, 2008

                                          */s/ Robert F. Serio*
                                          Robert F. Serio (RS 2479)
                                          Gibson, Dunn & Crutcher LLP
                                          200 Park Avenue
                                          New York, NY 10166
                                          (212) 351-4000