KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
BERKS COUNTY EMPLOYEES' :
RETIREMENT FUND, on behalf of itself and other : 08 CV 05654 (LAK)
similarly situated shareholders of First American :
Corporation, :
: STIPULATION AND
          Plaintiff, : [~~PROPOSED~~] ORDER
: EXTENDING DEFENDANTS'
     v. : TIME TO ANSWER, MOVE, OR
: OTHERWISE RESPOND TO
FIRST AMERICAN CORPORATION, PARKER : PLAINTIFF'S COMPLAINT
S. KENNEDY, FRANK V. MCMAHON, :
:
          Defendants. :
--------------------------------------------------------------- x

This Stipulation is entered into by and among the parties to this action.

WHEREAS, Plaintiff filed the Complaint in this action on June 23, 2008; and

WHEREAS, Defendants seek an extension of time to answer, move, or otherwise respond to Plaintiff's complaint, and Plaintiff consents to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that:

Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint shall be extended to on or before 30 days after the issuance of the Court's order appointing a lead plaintiff in this action.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

Dated: July 21, 2008

GRANT & EISENHOFER P.A.

By: *[signature]*
Geoffrey C. Jarvis

1201 North Market Street
Wilmington, DE 19801
(302) 622-7000

*Attorneys for Plaintiff Berks County Retirement Fund, on behalf of itself and other similarly situated shareholders of First American Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: *[signature]*
Robert F. Serio (RS 2479)

200 Park Avenue
New York, NY 10166
(212) 351-4000

*Attorneys for Defendants First American Corporation, Parker S. Kennedy, and Frank V. McMahon*

SO ORDERED:

Date: 7/21/08

*[signature]*
Lewis A. Kaplan
United States District Judge