UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BERKS COUNTY EMPLOYEES'          Case No. 08 CIV 5654 (LAK)
RETIREMENT FUND,                 **AFFIDAVIT OF SERVICE**
                    Plaintiff,
        -against-

FIRST AMERICAN CORPORATION,
et al.,
                    Defendants.
----------------------------------------X
STATE OF CALIFORNIA   )
                        s.s.:
COUNTY OF LOS ANGELES )

_____Richard Meyer_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __2__ day of July, 2008, at approximately __1:30__ a.m./p.m., deponent served a Summons in a Civil Action, Class Action Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 ~~which are to be served~~ upon First American Corporation at One First American Way, Santa Ana, California by personally delivering and leaving the same with __Laurie Gnshen__ who informed deponent that he/she holds the position of __Vice President__, and is authorized by Law/Appointment to accept service at that address.

__Laurie Gnshen__ is a Caucasian female approximately __40__ years of age, stands approximately __5__ feet, __9__ inches tall, weighs approximately __160__ pounds with __brown__ hair and _____ eyes.

State of California, County of Los Angeles
Subscribed & sworn to (or affirmed) Before me this _____ day of July, 2008, by _____, personally known to me to be the person who appeared before me.

_____          _____
PROCESS SERVER                      NOTARY PUBLIC

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2008, by Richard Meyer proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
(Milay Vera)


MILAY VERA
COMM. # 1753808
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 26, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

BERKS COUNTY EMPLOYEES' RETIREMENT FUND

V.

FIRST AMERICAN CORPORATION, PARKER S. KENNEDY, FRANK V. MCMAHON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5654

TO: (Name and address of Defendant)

FIRST AMERICAN CORPORATION
1 First American Way
Santa Ana, California 92707

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 2 3 2008