```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BERKS COUNTY EMPLOYEES'                    Case No. 08 CIV 5654 (LAK)
RETIREMENT FUND,
                      Plaintiff,           AFFIDAVIT OF SERVICE
        -against-

FIRST AMERICAN CORPORATION,
et al.,
                      Defendants.
----------------------------------------X
STATE OF CALIFORNIA   )
                       s.s.:
COUNTY OF LOS ANGELES )
```

_____Richard Meyer_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __2__ day of July, 2008, at approximately __1:30__ a.m./~~p.m.~~, deponent served a Summons in a Civil Action, Class Action Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 ~~which are to be served~~ upon Parker S. Kennedy at First American Corporation, One First American Way, Santa Ana, California by personally delivering and leaving the same with __Laurie Grushen__, at that address, the Defendant's actual place of Business. At the time of service deponent asked if Parker S. Kennedy is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

__Laurie Grushen__ is a Caucasian female approximately __40__ years of age, stands approximately __5__ feet, __9__ inches tall, weighs approximately __160__ pounds with __brown__ hair and _____ eyes.

State of California, County of Los Angeles
Subscribed & sworn to (or affirmed) Before me this _____ day of July, 2008, by _____, personally known to me to be the person who appeared before me.

_____
PROCESS SERVER
State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2008, by Richard Meyer proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Milay Vera

_____
NOTARY PUBLIC



MILAY VERA
COMM. # 1753808
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 26, 2011

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BERKS COUNTY EMPLOYEES'                      Case No. 08 CIV 5654 (LAK)
RETIREMENT FUND,                             AFFIDAVIT OF SERVICE
                        Plaintiff,
        -against-

FIRST AMERICAN CORPORATION,
et al.,
                        Defendants.
----------------------------------------X
STATE OF NEW YORK    )
                        s.s.:
COUNTY OF NEW YORK   )
```

   JOHN J. WALKER, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 21st day of July, 2008, in order to complete the service initiated on 2nd day of July, 2008 by Richard Meyer upon the Defendant, Parker S. Kennedy, deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 which are to be served upon Parker S. Kennedy pursuant to §308 of the CPLR by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, County of New York and State of New York, addressed as follows:

```
        Parker S. Kennedy
    c/o First American Corporation
        One First American Way
        Santa Ana, California 92707
```

                                    Sworn to before me this
                                    25th day of July, 2008.

_____           _____
JOHN J. WALKER #847386              MICHAEL KEATING
                                    Notary Public, State of New York
                                    Reg. No. 01-KE-4851559
                                    Qualified in New York County
                                    Commission expires February 3, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KAPLAN

# UNITED STATES DISTRICT COURT

Southern District of New York

BERKS COUNTY EMPLOYEES' RETIREMENT FUND

V.

FIRST AMERICAN CORPORATION, PARKER S. KENNEDY, FRANK V. MCMAHON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5654

TO: (Name and address of Defendant)

Parker S. Kennedy
655 N. Ranch Wood Trail
Orange, CA 92869-2302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 23 2008

CLERK                                          DATE

(By) DEPUTY CLERK