```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BERKS COUNTY EMPLOYEES'                Case No. 08 CIV 5654 (LAK)
RETIREMENT FUND,                       AFFIDAVIT OF SERVICE
                    Plaintiff,
     -against-

FIRST AMERICAN CORPORATION,
et al.,
                    Defendants.
------------------------------------X
STATE OF CALIFORNIA  )
                      s.s.:
COUNTY OF LOS ANGELES )
```

_Richard Meyer_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _2_ day of July, 2008, at approximately _1:30_ a.m./(p.m.), deponent served a Summons in a Civil Action, Class Action Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 ~~which are to be served~~ upon Frank V. McMahon at First American Corporation, One First American Way, Santa Ana, California by personally delivering and leaving the same with _Laurie Grushen_, at that address, the Defendant's actual place of Business. At the time of service deponent asked if Frank V. McMahon is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

_Laurie Grushen_ is a _Caucasian_ _female_ approximately _40_ years of age, stands approximately _5_ feet, _9_ inches tall, weighs approximately _60_ pounds with _brown_ hair and _____ eyes.

State of California, County of _Los Angeles_
Subscribed and sworn to (or affirmed) before me on this _1_ day of _July_, 20_08_, by _Richard Meyer_ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Milay Vera

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed & sworn to (or affirmed) Before me this _____ day of July, 2008, by _____, personally known to me to be the person who appeared before me.

_____
NOTARY PUBLIC



MILAY VERA
COMM. # 1753808
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 26, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BERKS COUNTY EMPLOYEES'              Case No. 08 CIV 5654 (LAK)
RETIREMENT FUND,                     **AFFIDAVIT OF SERVICE**
    Plaintiff,

 -against-

FIRST AMERICAN CORPORATION,
et al.,
    Defendants.
----------------------------------------X
STATE OF NEW YORK )
      s.s.:
COUNTY OF NEW YORK )

 JOHN J. WALKER, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

 That on the 21st day of July, 2008, in order to complete the service initiated on 2nd day of July, 2008 by Richard Meyer upon the Defendant, Frank V. McMahon, deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Frank V. McMahon pursuant to §308 of the CPLR by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, County of New York and State of New York, addressed as follows:

   Frank V. McMahon
 c/o First American Corporation
   One First American Way
   Santa Ana, California 92707

         Sworn to before me this
         25th day of July, 2008.

_____
JOHN J. WALKER #847386

         MICHAEL KEATING
         Notary Public, State of New York
         Reg. No. 01-KE-4951559
         Qualified in New York County
         Commission expires February 3, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

BERKS COUNTY EMPLOYEES' RETIREMENT FUND

V.

FIRST AMERICAN CORPORATION, PARKER S. KENNEDY, FRANK V. MCMAHON

**SUMMONS IN A CIVIL ACTION**

08 CIV 5654

CASE NUMBER:

TO: (Name and address of Defendant)

Frank V. McMahon
819 9th Street
Manhattan Beach, CA
90266-5870

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 2 3 2008

CLERK

(By) DEPUTY CLERK

DATE