UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BERKS COUNTY EMPLOYEES' RETIREMENT FUND,

                Plaintiff,

-against-                              08 Civ. 5654 (LAK)

FIRST AMERICAN CORP., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion to dismiss the complaint [docket item 13] is denied as moot.

        SO ORDERED.

Dated:        January 28, 2009

                                                        _____
                                                               Lewis A. Kaplan
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 1/28/09