UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                  :

BERKS COUNTY EMPLOYEES' RETIREMENT   :
FUND, on behalf of itself and others similarly
situated shareholders of First American Corporation,  :    Civil Case No. 08-CV-5654 (LAK)
                                  :

             Plaintiff,               :    NOTICE OF MOTION
                                  :

v.                                     :

FIRST AMERICAN CORPORATION, FIRST      :
AMERICAN EAPPRAISEIT, LLC, PARKER S.    :
KENNEDY, FRANK V. MCMAHON, DENNIS J.  :
GILMORE, ANTHONY R. MERLO, JR., and     :
DAVID J. FELDMAN,                   :
                                     :

            Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Richard F. Hans,

dated April 21, 2010, with annexed exhibits, and all prior papers and proceedings had herein,

non-party Vicky Hamilton will move this Court, before the Honorable Lewis A. Kaplan, at a date

and time to be determined by the Court, for an order quashing the Subpoena *Ad Testificandum* in

a Civil Case issued to Vicky Hamilton dated March 24, 2010, and granting such other and further

relief as the Court deems appropriate.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Practices of the

Honorable Lewis A. Kaplan, opposition papers, if any, shall be served on undersigned counsel

on or before April 23, 2010.

Dated: New York, New York
      April 21, 2010

Richard F. Hans
Kerry Ford Cunningham
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

*Attorneys for non-party Vicky Hamilton*